UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X   14 CV 7054 (NG) (RER)
EILEEN TUCKER et al.,

                Plaintiffs,

   -against-                                              ORDER

THE CITY OF NEW YORK, et al.

                Defendants.
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

      The court has received the Report and Recommendation dated January 27, 2016, from Magistrate Judge Ramon E. Reyes, recommending dismissal of Plaintiff Lorenzo N. Chance's claims with prejudice for failure to prosecute. No objections were made to Judge Reyes' Report and Recommendation. Having reviewed the Report and Recommendation for clear error and finding none, the court hereby adopts the R&R in its entirety and directs the Clerk of Court to dismiss the case as to Plaintiff Lorenzo N. Chance.

                                                                         **SO ORDERED.**

                                                                  s/Nina Gershon
                                                                  **NINA GERSHON**
                                                                   **United States District Judge**

Dated: Brooklyn, New York
          February 22, 2016